# ELECTRONIC RECORD

473-15

COA # 01-13-00975-CR     OFFENSE: DWI

STYLE: Andrew J. Serrano v. The State of Texas     COUNTY: Harris

COA DISPOSITION: AFFIRM     TRIAL COURT: Co Crim Ct at Law No 4

DATE: 02/03/15     Publish: YES     TC CASE #: 1842255

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Andrew J. Serrano v. The State of Texas     CCA #: 473-15

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 08/26/2015     SIGNED: _____     PC: _____

JUDGE: _____     PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**